IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO CRUZ, | 1:07-cv-1606 LJO WMW (PC) |
| Plaintiff, | ORDER DISREGARDING APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS AS MOOT |
| ARNOLD SCHWARZENEGGER, et al., | (DOCUMENT #2) |
| Defendant(s). | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On November 5, 2007, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's application to proceed in forma pauperis filed on November 8, 2007, IT IS HEREBY ORDERED THAT plaintiff's application of November 5, 2007, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated:   January 3, 2008**             /s/  **William M. Wunderlich**
                                                             UNITED STATES MAGISTRATE JUDGE